**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ANTON PAUL DRAGO,<br><br>Defendant(s). | Case No. 2:13-CR-334 JCM (CWH)<br><br>ORDER |

Presently before the court is defendant Anton Paul Drago's emergency motion to reconsider court's denial of counsel's stipulation to continue trial dates. (Doc. # 54).

The motion asks the court to reconsider and set aside its August 14, 2015, order denying the parties' seventh stipulation to continue trial dates. (Docs. # 52, 53). On August 24, 2015, the court granted the parties' eighth stipulation to continue trial dates. (Docs. # 55, 57). The court's August 24th order effectively revisited its prior August 14th denial, granting the relief requested by defendant in the present motion. Defendant's motion is, therefore, moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Anton Paul Drago's emergency motion to reconsider court's denial of counsel's stipulation to continue trial dates (doc. # 54) be, and the same hereby is, DENIED as moot.

DATED September 15, 2015.

_____
UNITED STATES DISTRICT JUDGE