**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>                         Plaintiff,         )<br>                                                           )<br>vs.                                                      )<br>                                                           )<br>ANTON PAUL DRAGO,                   )<br>                                                           )<br>                         Defendant.    )<br>_____) | Case No.  2:13-cr-00334-JCM-CWH<br><br>**PROTECTIVE ORDER** |

The United States' Motion For Protective Order (ECF No. 75) is hereby GRANTED. Accordingly, it is hereby ORDERED that:

1.  The United States is permitted to provide the defendant with copies of the potential *Henthorn* materials previously submitted to the Court for *in camera* review with redactions of names, addresses, social security numbers, and other personally identifiable information.  These materials were submitted to the Court as Exhibit A to the United States' *Ex Parte* Motion Requesting *In Camera* Review of Potential *Henthorn/Giglio* Information (ECF No. 71). Unredacted versions of this material shall be made available for inspection at the United States Attorney's Office.

2.  Upon receiving the potential *Henthorn* materials previously submitted to the Court for *in camera* review the defendant and his respective counsel are to treat such material, including copies of such material, as confidential and are to make no further disclosure of such material, except as provided herein;

    a.  All materials that are the subject of this Court's Order regarding the Government's *Ex Parte* Motion Requesting *In Camera* Review of Potential *Henthorn/Giglio* Information (ECF No. 74) shall remain the property of the United States.  The materials and all copies made thereof

shall be returned to the Department of Justice, Tax Division, unless otherwise ordered by the Court or agreed upon by the parties, at the occurrence of the last of the following: the completion of all appeals, habeas corpus proceedings, clemency or pardon proceedings, or other post-conviction proceedings; the conclusion of the sentencing hearing; or the earlier resolution of charges against the defendant.  Defense counsel may retain a redacted electronic version of the materials that are the subject of this Order.

      b.    The materials may be utilized by the defendant solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

      c.    Except as necessary for defense counsel to conduct a reasonable investigation regarding the information contained in the materials, the materials and their contents, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than the defendant, persons employed to assist in the defense of this matter, or such other persons as to whom the Court may expressly authorize disclosure upon proper motion.

      d.    The materials shall not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person to prepare and assist in the defense of this matter, and all such copies and reproductions shall be treated in the same manner as the original matter.

      e.    In conducting an investigation regarding the information contained in the materials, defense counsel may contact the individual who submitted the complaint regarding Special Agent Louis Babino.  Unless the Court orders otherwise, defense counsel shall not contact the taxpayer who is target of the investigation in which Special Agent Babino was involved.

DATED: October 28, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**