DANIEL G. BOGDEN
United States Attorney
CHARLES M. EDGAR, JR.
SEAN BEATY
Trial Attorneys
U.S. Department of Justice, Tax Division

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:13-CR-334 |
| v. | ) |
| ANTON PAUL DRAGO | ) |
| Defendant. | ) |

**MOTION TO SEAL EXHIBITS**

COMES NOW the United States of America, by Charles Edgar and Sean Beaty, Trial Attorneys with the U.S. Department of Justice's Tax Division, and respectfully moves this Honorable Court to seal those exhibits listed below, which are Department of Veteran Affairs records that contain private medical examination information of the defendant.

During trial, counsel for the defendant requested and the government agreed to have the court seal those VA records, which contain medical examination information. Accordingly, the Government requests that the court seal the following twelve (12) trial exhibits:

| 1. 350-4 | 5. 350-9  | 9. 350-36  |
|----------|-----------|------------|
| 2. 350-5 | 6. 350-11 | 10. 350-37 |
| 3. 350-7 | 7. 350-20 | 11. 350-38 |
| 4. 350-8 | 8. 350-23 | 12. 350-39 |

13705450.1

1    Thus, because the above referenced trial exhibits contain private medical examination
2 information of the defendant, the United States respectfully requests that the Court seal those
3 exhibits.
4    Dated: Thursday, March 17, 2016

Respectfully submitted,

*/s/ Charles Edgar*
CHARLES M. EDGAR, JR.
Trial Attorney
U.S. Department of Justice, Tax Division

IT IS SO ORDERED.
DATED: March 29, 2016

_____
UNITED STATES MAGISTRATE JUDGE

13705450.1

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    By:    */s/ Charles Edgar*
                              CHARLES M. EDGAR, JR.
                              Trial Attorney
                              U.S. Department of Justice
                              Tax Division
                              601 D. Street, N.W.
                              Washington, D.C. 20004
                              202-514-5145
                              charles.m.edgar.jr@usdoj.gov

13705450.1