UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-cr-334-JCM-CWH |
| ) | |
| vs. ) | |
| ) | |
| ANTON PAUL DRAGO, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

On August 9, 2016, this court received a request for a copy of the audio for the hearing on the Motion to Withdraw as Counsel for Defendant held on May 29, 2015, from Amy B. Cleary, Assistant Federal Public Defender, in which **portions of the hearing from 10:35-11:03 a.m. were sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED August 10, 2016.

_____
UNITED STATES DISTRICT JUDGE