IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                              )<br>  vs.                            )<br>ANTON PAUL DRAGO,          )<br>        Defendant.    )<br>_____) | Case No. 2:13-cr-334-JCM-CWH<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

     On October 4, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from William Gamage, counsel for defendant, requesting a transcript of the sealed hearing May 29, 2015, in the above-entitled matter.

     **IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by William Gamage.

     **IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

     **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

     **DATED** this 14th day of Oct  2016.

                                                      JAMES C. MAHAN
                                                      U.S. District Court Judge