# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 16-10332 |
| Plaintiff-Appellee, | |
| vs. | 2:13-cr-00334-JCM-CWH |
| ANTON PAUL DRAGO, | |
| Defendant-Appellant. | **ORDER** |

Pursuant to the order filed on September 9, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Mario D. Valencia is appointed to represent Anton Paul Drago for this appeal. Mr. Valencia's address is 1055 Whitney Ranch Dr., Suite 220, Henderson, NV 89014 and his phone number is 702-940-2222.

Former counsel, William H. Gamage's Office is directed to forward the file to Mr. Valencia forthwith.

New counsel, Mario D. Valencia, Esq., as well as Petitioner, Anton Paul Drago, shall be served with this Order.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED September 12, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE