# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

ANTON PAUL DRAGO, AKA Evan Joseph Fogarty,

Defendant-Appellant.

Case No. 2:13-cr-00334-JCM-CWH-1

ORDER

Presently before the court is the matter of *United States of America v. Drago*, case no. 2:13-cr-00334-JCM-CWH. Petitioner Anton Paul Drago ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, asserting a single ineffective-assistance-of-counsel claim. (ECF No. 211). The court has examined the petition and finds that further briefing is appropriate. The United States of America ("respondent") shall file a response twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 211) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

IT IS SO ORDERED.

. . .

. . .

. . .

1    The clerk is instructed to file this order in the instant matter and in the related civil case,
2    no. 2:20-cv-00392-JCM.
3          DATED February 26, 2020.

_____
UNITED STATES DISTRICT JUDGE