# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00334-JCM-CWH-1 |
|---|---|
| Plaintiff-Appellee, | |
| v. | ORDER |
| ANTON PAUL DRAGO, AKA Evan Joseph Fogarty, | |
| Defendant-Appellant. | |

Presently before the court is petitioner's motion for clarification, (ECF No. 230), as to this court's prior order, (ECF No. 226). The government filed a non-opposition to the instant motion. (ECF No. 231).

The timing of the parties' actions surrounding petitioner's 2255 motion, (ECF No. 211), will proceed as follows:

Petitioner's counsel, Rebecca Levy, shall deliver to the government all necessary documents in accordance with this court's prior order, (ECF No. 226), as soon as practicable.

Upon receipt, the government shall file a notice to this court indicating that it received the necessary materials from Ms. Levy.

The government shall file a response to petitioner's 2255 motion within 21 days from the date of the government's foregoing notice. Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that petitioner's counsel, Rebecca Levy, shall deliver to the government all necessary documents in accordance with this court's prior order, (ECF No. 226), as soon as practicable. Upon receipt, the government shall file a notice to this court indicating that

1  it received the materials from Ms. Levy.

2  IT IS FURTHER ORDERED that the government shall file a response to petitioner's
3  motion to vacate, set aside, or correct sentence, (ECF No.211), no later than 21 days from the date
4  of the government's notice of receipt of petitioner's counsel's documents.  Petitioner may file a
5  reply within 14 days.

6  DATED June 24, 2020.

_____
UNITED STATES DISTRICT JUDGE