# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

   v.

Anton Paul Drago, aka,
Evan Joseph Fogarty

                Defendant.

JUDGMENT

Case Number: 2:13-cr-00334-JCM-CWH-1

(Related case: 2:20-cv-00392-JCM )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying as Moot the Motion to vacate under 28 U.S.C. 2255, and Granting the Government's Motion to Dismiss, this matter is closed. Judgment for the United States.

9/25/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk